Gary M. Zadick
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360

Attorneys for Plaintiff Midwest Family Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HEATING AND COOLING, LLC,<br><br>Defendant. | Cause No. CV-24-77-H-TJC<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

COMES NOW Plaintiff Midwest Family Mutual Insurance Company ("Midwest"), by and through its counsel of record and for its Complaint against Defendants state and allege the following:

1.  Midwest Family Mutual Insurance Company is an insurance company licensed to do business in the State of Montana. Midwest Family Mutual Insurance is organized under the laws of the State of Iowa with its principal business in West Des

1

Moines, Iowa.

2.     Defendant Monarch Heating and Cooling, LLC is a Montana business entity with its principal place of business in Belgrade, Montana.

3.     There is complete diversity of citizenship between the parties. The above-entitled court has jurisdiction pursuant to 28 U.S.C. § 1332.

4.     The amount in controversy, exclusive of costs and attorney fees, exceeds the sum of $75,000.

5.     A civil action ("Underlying Suit") was filed against Monarch Heating and Cooling, LLC asserted by Petra, Inc. in its First Amended Answer and Counterclaim in Cause No. DV-16-2024-0000126-BC, Montana Eighteenth Judicial District Court, Gallatin County.  A true and correct copy of the First Amended Answer and Counterclaim is attached hereto as **Exhibit A**.

6.     The Underlying Suit alleges the following claims against Defendant Monarch Heating and Cooling, LLC:

- Count I – Breach of Contract
- Count II – Breach of the Implied Covenant of Good Faith and Fair Dealing
- Count III – Negligence

7.     The Underlying Suit further alleges generally deficient work was performed by Defendant Monarch Heating and Cooling, LLC which breached

contractual obligations as alleged in Counts I and II and was performed negligently per Count III.

8. Midwest Family Mutual Insurance Company issued Policy No. Policy #: CPMT0560122117, effective May 6, 2024 to May 6, 2025 to Defendant Monarch Heating and Cooling, LLC. A true and correct copy of the policy is attached hereto as **Exhibit B**.

9. Midwest Family Mutual Insurance Company has agreed to undertake the defense of the Defendant in the Underlying Suit under express reservation of rights. Coverage under the policy and the duty to defend is reserved upon at least the following grounds:

- Contractual Liability is expressly excluded.
- Damage to Property on which the insured is working is expressly excluded.
- Damage to the insured's work and the insured's work product are expressly excluded.

10. Midwest Family Insurance Company is entitled to a declaratory judgment as a matter of law, but it is not obligated to Defendants nor to defend or indemnify Defendants with respect to the allegations of the Underlying Suit.

## **PRAYER FOR RELIEF**

WHEREFORE, Midwest Family Insurance Company prays the Court enter an

Order granting declaratory relief and entering Judgment against Defendant Monarch Heating and Cooling, LLC as follows:

1. That Midwest Family Mutual Insurance Company be granted declaratory relief determining and declaring that it has neither a duty to defend nor indemnify Defendant in the Underlying Suit;

2. For recovery of its costs incurred herein as allowed by law; and

3. For such other and further relief that may be necessary and proper.

DATED this 30th day of October, 2024.

UGRIN ALEXANDER ZADICK, P.C.

/s/Gary M. Zadick
Gary M. Zadick
James R. Zadick
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, Montana  59403
Attorneys for Midwest Family Mutual
Insurance Company