Gary M. Zadick
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile:  (406) 452-9360

Attorneys for Plaintiff Midwest Family Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH HEATING AND COOLING, LLC,<br><br>Defendant. | Cause No. CV-24-77-H-TJC<br><br>**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE** |

COMES NOW Plaintiff by and through counsel and moves the Court to dismiss the above entitled action without prejudice.  Counsel for Defendants concur in the dismissal without prejudice.  Therefore, the undersigned moves this Court to dismiss this matter without prejudice.  A proposed order is lodged herewith.

1

DATED this 30th day of January, 2025.

                              UGRIN ALEXANDER ZADICK, P.C.

                              /s/Gary M. Zadick
                              Gary M. Zadick
                              James R. Zadick
                              #2 Railroad Square, Suite B
                              P.O. Box 1746
                              Great Falls, Montana  59403
                              Attorneys for Midwest Family Mutual
                              Insurance Company