IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MONARCH HEATING AND COOLING, LLC,<br><br>Defendant. | CV 24-77-H-TJC<br><br><br><br>**ORDER** |

Pursuant to Plaintiff's Unopposed Motion To Dismiss Without Prejudice (Doc. 9), and good cause appearing,

IT IS ORDERED that this action is dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 6th day of February, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge